UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| SEYMUR VALIYEV,<br><br>        Petitioner,<br><br>v.<br><br>CHRISTOPHER LAROSE, et al.,<br><br>        Respondents. | Case No.:  3:25-cv-3743-CAB-BJW<br><br>**ORDER FOR SUPPLEMENTAL INFORMATION FROM RESPONDENTS** |

On March 12, 2026, Respondents filed a status report stating that Petitioner Seymur Valiyev's individual merits hearing was continued from March 11, 2026 to March 20, 2026.  [Doc. No. 8.]  The Court requests that Respondents provide a supplemental filing by **March 23, 2026** detailing the outcome of Petitioner's March 20, 2026 individual merits hearing and any changes to Petitioner's immigration status.  If Petitioner's status has changed, Respondents may make any relevant updates to their argument.

///

///

///

///

1

The Court will order a sur reply from Petitioner if necessary.

It is **SO ORDERED**.

Dated:  March 12, 2026

_____
Hon. Cathy Ann Bencivengo
United States District Judge