UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEYMUR VALIYEV, | Case No.: 3:25-cv-3743-CAB-BJW |
| Petitioner, | **ORDER FOR SUPPLEMENTAL INFORMATION FROM RESPONDENT** |
| v. | |
| CHRISTOPHER LAROSE, | |
| Respondent. | |

On March 12, 2026, the Court ordered Respondent to update the Court on the outcome of Petitioner's March 20, 2026 individual merits hearing. [Doc. No. 9.] On March 23, 2026, Respondent filed a status report stating that Petitioner's individual merits hearing began on March 20, 2026, but was continued because it was not completed that day. [Doc. No. 11 at 1.] On March 24, 2026, Respondent filed a supplemental status report stating that Petitioner's individual merits hearing was continued to April 7, 2026. [Doc. No. 12.]

The Court requests that Respondent provide a supplemental filing by **April 8, 2026** detailing the outcome of Petitioner's April 7, 2026 individual merits hearing and any changes to Petitioner's immigration status. If Petitioner's status has changed, Respondent

1

may make any relevant updates to its argument.  The Court will order a sur reply from Petitioner if necessary.

It is **SO ORDERED**.

Dated:  March 25, 2026

Hon. Cathy Ann Bencivengo
United States District Judge